**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CITY OF DETROIT,

    Plaintiff,

v.                                            Case No. 03-CV-74279-DT

TXU ENERGY RETAIL COMPANY, L.P.
f/k/a TXU ENERGY SERVICES and
SEMINOLE ENERGY SERVICES,

    Defendants.
_____/

**ORDER AWARDING INTEREST**

On May 7, 2007, the court entered an order granting in part and denying in part Defendant Seminole Energy Services, L.L.C.'s ("Seminole's") "Motion for Order in Aid of Execution Regarding Payment of Interest." In that order, the court granted Seminole's motion "as to the pre-judgment interest, which will be calculated at as set forth in the Payment Ordinance," and denied Seminole's motion as to the post-judgment interest, awarding post-judgment interest "at the Federal post-judgment rate." (5/7/07 Order at 3-4.) The court further ordered Seminole to "submit a proposed order reflecting the outstanding interest owing through May 2007, re-calculated pursuant to this order." (*Id.* at 4.)

Pursuant to the court's order, Seminole submitted a proposed order maintaining that Plaintiff City of Detroit owes Seminole $211,869.08 in outstanding interest. The court has reviewed Seminole's interest calculations [Dkt. #168] and agrees that $211,896.08 is the correct amount of unpaid interest. Accordingly,

IT IS ORDERED that the City of Detroit is DIRECTED to pay Seminole $211,869.08 in outstanding interest on or before **July 20, 2007**.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: July 9, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 9, 2007, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522